IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 15-1538C

(Filed: June 8, 2017)

| | |
|---|---|
| MATTHEW ELKIN, | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) </br> ) |
| UNITED STATES, | ) </br> ) |
| Defendant. | ) </br> ) </br> ) |

ORDER FOR DISMISSAL

Pending before the court is the parties' joint motion to voluntarily dismiss this action pursuant to Rule 41(a) of the Rules of the Court of Federal Claims, filed June 2, 2017.

For good cause shown, the parties' motion is GRANTED, and the action shall be dismissed without prejudice.  The clerk shall enter judgment in accord with this disposition.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge